

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2022

No. 04-21-00525-CV

**IN THE INTEREST OF S.R.H**, a Child,
Appellant

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA02064
Honorable Kimberly Burley, Judge Presiding

## O R D E R

Appellee's brief was due February 7, 2022.  Neither the brief nor a motion for extension of time has been filed. This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* Tex. R. Jud. Admin. 6.2.

We **order** appellee's brief, if any, be filed by **February 28, 2022**. If the brief is not filed by the date ordered, we may submit the case without appellee's brief. Appellee is advised that **no extensions of time will be granted** absent a showing of extraordinary circumstances.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court